UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANGELIQUE JANEE SILVA,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security

    Defendant.

CASE NO. 2:15-CV-00344-RBL

ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court, having reviewed Plaintiff's complaint, the Report and Recommendations of Judge David W. Christel, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     The matter is **AFFIRMED** pursuant to sentence four of 42 U.S.C. § 405(g).

(3)     **JUDGMENT** is for Defendant and the case should be closed.

(4)     The Clerk is directed to send copies of this Order to counsel of record.

Dated this 25th day of September, 2015.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATIONS - 1